UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK

Firm ID xxxxxxxx1938  
Date: 6/16/15 @ 10:00 a.m.

------------------------------------------------------------x  
In re

William D. Strein

Chapter 7  
Case No. 15-71844-las

                                          Debtor.  
------------------------------------------------------------x

## NOTICE OF MOTION TO AVOID JUDICIAL LIENS

**PLEASE TAKE NOTICE**, that upon the annexed Affidavits of William D. Strein and by his attorneys Macco & Stern, LLP, the undersigned will move this Court before the Honorable Louis A. Scarcella, Bankruptcy Judge, on the 16th day of June, 2015, at 10:00 a.m. at the United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza, Courtroom 760, Central Islip, New York 11721 or as soon thereafter as counsel can be heard, for an Order pursuant to 11 USC Section 522(f), avoiding the judicial lien of American Express Bank FSB and Capital One Bank USA NA, together with such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the proposed Order must be in writing and filed with the Clerk of the Court, United States Bankruptcy Court, Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722 (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-242), which may be assessed (with password which is available by contacting the Bankruptcy Court's technical assistance at 631-712-6200, Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using

Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASC II) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Louis A. Scarcella, and served so as to be received by Macco & Stern, LLP, 135 Pinelawn Road, Suite 120 South, Melville, New York 11747, no later than June, 11, 2015.

**PLEASE TAKE FURTHER NOTICE**, that answering papers if any, shall be filed with this Court, and served upon the undersigned within three (3) days of the return date of this motion.

Dated: Melville, New York  
       May 8, 2015

MACCO & STERN, LLP  
Attorneys for Debtor

BY: _____  
Michael J. Macco  
135 Pinelawn Road, Suite 120 South  
Melville, New York 11747  
(631)549-7900

To: Office United States Trustee  
    Marc A. Pergament, Esq.  
    American Express Bank FSB  
    Joshua J. Knurr, Esq.  
    Capital One Bank USA NA  
    Forster & Garbus LLP

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

William D. Strein                                    Chapter 7
                                                     Case No. 15-71844-las
                    Debtors.
------------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF**
**MOTION TO AVOID JUDICIAL LIENS**

STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss:-

    Michael J. Macco, being duly sworn, deposes and says:

    1. That I am the attorney for William D. Strein, who filed a petition for relief under Chapter 7 of the Bankruptcy Code on April 30, 2015, and as such am completely familiar with the facts and circumstances involved herein.

    2. The debtor owns a residence located at 25 Barbara Court, Greenlawn, NY 11740. This property had a fair market value as of the date of filing of $467,500. Annexed hereto as Exhibit A is a copy of the Broker's Opinion Letter.

    3. As of the bankruptcy filing date, the property is subject to a mortgage with M&T Bank in the amount of $359,458.93 and a Home Equity Line of Credit with Bank of America Home Loans in the amount of $102,841.03. This liability is set forth in the debtor's Bankruptcy Petition in Schedule D. Annexed hereto as Exhibit B is the debtor's most recent mortgage statements.

    4. Pursuant to 11 USC Section 522(d)1 the debtor is entitled to a Homestead Exemption of $11,475.00 and same is listed in debtors' Schedule C, property claimed as exempt.

    5. This property is subject to certain judicial liens as follows: American Express Bank FSB, perfected October 16, 2013 in the sum of $17,491.64 and Capital One Bank USA NA,

perfected March 27, 2014 in the sum of $31,533.39. These judgments were listed in the debtor's Bankruptcy Petition Schedule D. Annexed hereto as Exhibit C is a copy of the Judgments.

6. 11 U.S.C. Section 522(f)1 states in pertinent part as follows: "...the debtor may avoid the fixing of a lien on an interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled...if such lien is (a) a judicial lien..."

7. The aforementioned liens impair the debtor's exemption to which the debtor would be entitled under Section 522(d)1.

8. The aforementioned judicial liens are not of a kind that is specified in Section 523(a)5.

9. The math calculations as to the impairment of my client's exemption is as follows:

| | |
|---|---|
| Fair market value of residence | 467,500.00 |
| Less mortgage of M&T Bank | 359,458.93 |
| Less Home Equity Line of Credit with Bank of America Home Loans | 102,841.03 |
| Less Homestead Exemption of debtors | 11,475.00 |
| Net Equity for Judgment Creditors | -0- |

WHEREFORE, it is respectfully requested that the aforementioned judicial liens be avoided and that the Clerk of the Court remove said judgment as of record upon the filing of a certified copy of the Bankruptcy Court Order, together with such other and further relief as this Court deems just and proper.

Michael J. Macco

Sworn to before me this
11th day of May, 2015.

/s/ Janine M. Zarrilli
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

William D. Strein                                    Chapter 7

                                                     Case No. 15-71844-las

                    Debtor.                          **AFFIDAVIT**
-------------------------------------------------------------x
STATE OF NEW YORK )
COUNTY OF SUFFOLK )

William D. Strein, being duly sworn, deposes and says:

1.  I am the Chapter 7 debtor.

2.  I have reviewed all the information and representations made by my counsel on this Motion to Avoid Judicial Liens of the judgment creditors because the judicial liens impair my exemption.

3.  The information contained in the Application of my counsel is true and accurate to the best of my knowledge, information and belief.

                                        _____
                                        William D. Strein

Sworn to before me this
8th day of May, 2015

_____
Notary Public

        LONI BRAGIN
Notary Public, State of New York
        NO. 01BR6172194
   Qualified in Suffolk County
Commission Expires August 6, 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re

William D. Strein                                        Chapter 7
                                                         Case No. 15-71844-las
                         Debtor.
-------------------------------------------------------------------x  **ORDER AVOIDING**
                                                         **JUDICIAL LIENS**

      William D. Strein, the debtor herein, by his attorneys, Macco & Stern, LLP, having moved this Court pursuant to a Notice of Motion dated May 8, 2015, seeking an Order pursuant to 11 USC §522(f), avoiding the judicial liens filed against the debtor's real property located at 25 Barbara Court, Greenlawn, NY 11740, by American Express Bank FSB and Capital One Bank USA NA, and due notice having been given; and the motion having come on for a hearing before this Court on June 16, 2015, and no opposition having been filed with the Court; and after due deliberation, it is

      ORDERED, that the motion is granted, as provided herein; and it is further

      ORDERED, that the judicial lien of American Express Bank FSB perfected on October 16, 2013 in the sum of $17,491.64, is hereby vacated, expunged and avoided with respect to the debtor's interest in the aforementioned real property; and it is further

      ORDERED, that the judicial lien of Capital One Bank USA NA, perfected March 27, 2014 in the sum of $31,533.39, is hereby vacated, expunged and avoided with respect to the debtor's interest in the aforementioned real property, and it is further

      ORDERED, that the County Clerk of the County in which the Debtor resides be, and is hereby directed, to index and record a certified copy of this Order as an instrument vacating,

expunging, and avoiding the aforementioned judicial liens, conditioned upon the debtor ultimately obtaining a discharge in bankruptcy.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

William D. Strein                                                               Chapter 7
                                                                                         Case No. 15-71844-las
                                                    Debtors.
-------------------------------------------------------------x
                                                                            **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
COUNTY OF SUFFOLK )ss:

     Carol Smith, being duly sworn deposes that deponent is not a party to the above-captioned action, is over the age of 18 years and resides at West Islip, New York.

     On May 12, 2015, deponent served the within NOTICE OF MOTION TO AVOID JUDICIAL LIENS, AFFIDAVITS, PROPOSED ORDER AVOIDING JUDICIAL LIENS AND EXHIBITS upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Office of the U.S. Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, NY  11722

Marc A. Pergament, Esq.
Weinerg Gross & Pergament
400 Garden City Plaza, Suite 403
Garden City, NY  11530

American Express Bank FSB
c/o Joshua J. Knurr, Esq,
200 Vesey Street
New York, NY  10285

Joshua J. Knurr, Esq,
200 Vesey Street
New York, NY  10285

Capital One Bank USA NA
1680 Capital One Drive
McClean, VA  22102

Forster & Garbus LLP
60 Motor Parkway
Commack, NY  11725

_____
Carol Smith

Sworn to before me this
12th day of May, 2015.

*/s/ Janine M. Zarrilli*_____
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2017

# EXHIBIT A



April 23, 2015

Mr. Michael Macco, Esq.
Macco and Stern, LLP
135 Pinelawn Road, Suite 120 South
Melville, New York 11747

Dear Mr. Macco,

My wife Suzanne and I are the listing residential real estate agents for the sale of the property located at 25 Barbara Court, Greenlawn, New York 11740. The property is also identified by Town of Huntington tax map information as follows:

| | |
|---|---|
| District: | 0400 |
| Section: | 109.00 |
| Block: | 02.00 |
| Lot: | 022.000 |

Although, Suzanne, and I are not licensed real estate appraisers, we do have a combined 38 years' experience as residential real estate agents in Huntington Township. We are particularly familiar with real estate values in Harborfields school district. In our opinion, considering the condition of 25 Barbara Court and the amount of money that an investor or end user would have to put into the property, we feel that the current contractual selling price of $467,500 is, in fact, fair market value for the property.

Please do not hesitate to call me should you have any questions about our evaluation. Thank you.

Very truly yours,

Brian P. Asher
Licensed Real Estate Agent
Signature Premier Properties

# EXHIBIT B

 **M&T Bank**

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | |
| Payment Due Date | 05/02/13 |
| **Amount Due** | **$97,890.10** |

*If payment received after 05/01/15, $20.64 late fee will be charged.*

0-750-91937-0000170-001-1-000-000-000-000

WILLIAM DANIEL STREIN
DOREEN STREIN
25 BARBARA CT
GREENLAWN NY 11740-1103

### Contact Us

| | |
|---|---|
| General Customer Service: | 1-800-724-2224 |
| Property Tax: | 1-866-406-0949 |
| Property Insurance: | 1-888-882-1847 |

| Correspondence Address: | Payment Mailing Address: |
|---|---|
| Lending Services, Customer Support | P.O. Box 62182 |
| P.O. Box 1288 | Baltimore, MD 21264-2182 |
| Buffalo, NY 14240-1288 | |

www.mtb.com/mymortgageinfo

Statement Date:    04/03/15

### Account Information

| | |
|---|---|
| Property Address | 25 BARBARA COURT |
| | HUNTINGTON NY 11740 |
| Interest Rate | 5.900% |
| Maturity Date | 10/2027 |
| Outstanding Principal* | $261,568.83 |
| Escrow Balance | -$31,210.96 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $493.91 |
| Interest | +$538.15 |
| Tax/Insurance | +$719.13 |
| **Amount Billed this Statement** | **$1,751.19** |
| Amount Unpaid from Prior Statement | +$91,145.27 |
| Unpaid Late Charge(s) | +$536.64 |
| Return Item/Other Fee(s) | +$102.00 |
| Recoverable Corporate Advance | +$4,355.00 |
| **Total Amount Due 04/16/15** | **$97,890.10** |

### Important Messages

Our records indicate that your account is currently in foreclosure. The amount reflected above is not necessarily the amount that is required to reinstate your loan. Prior to sending any funds/payments please contact the attorney firm handling your foreclosure to obtain the current reinstatement or payoff amount. A letter was previously sent to you with this contact information. If you are unsure what attorney firm is handling the foreclosure, please contact a Foreclosure Specialist at 1-800-724-1633.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes & Insurance) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity

No transactions have occurred on your loan between the last billing statement and this statement date.

750-4406-0814F    ACH

**Bank of America**
**Home Loans**

Customer Service
PO Box 5170
Simi Valley, CA 93062-5170

Billing Cycle
10/09/2014 - 10/31/2014

**Account Number**

Property Address
25 BARBARA CT

1 of 4

0011828 01 AT 0.403 **AUTO   1 0 1150 11740-110325   -C01-P11839-I1
H HX AG ..1..2.......... 800 DT123
DOREEN A STREIN
WILLIAM D STREIN JR
25 BARBARA CT
GREENLAWN, NY 11740-1103



## IMPORTANT NOTICE

### This Statement Includes a Past-Due Amount.
Please send a payment immediately. Access to your credit line may be affected while the past-due amount remains outstanding. If you have already sent a payment, please accept our thanks, and disregard this notice.

### Make Past-Due Payments a Thing of the Past.
MortgagePay on the Web allows YOU to make your monthly mortgage or Home Equity Line of Credit (HELOC) loan payment on-line each month. This service is free before or during the first third of your grace period. However, if allowed by applicable law, a $3.00 service charge will apply, if your online mortgage payment is made during the second third of your grace period and a $6.00 service charge will apply during the last third of your grace period. Check out our demo, at bankofamerica.com, to see just how easy it is.

### Counseling Programs
Homeownership counseling programs are offered by both Bank of America, N.A. and by non-profit organizations that are approved by the Department of HUD. These non-profit homeownership counseling programs may be able to assist you concerning your delinquent loan. For Counseling Agencies in your area, call 1.800.569.4287 or 1.800.877.8339 (TDD for hearing impaired). For eligible applicants, completion of a counseling program is required for insurance pursuant to section 203 of the National Housing Act (12 U.S.C. 1709).

## ACCOUNT SUMMARY

**Loan Summary**

| | |
|---|---|
| Credit Limit | $100,000.00 |
| Average Daily Balance | $99,996.10 |
| Corresponding **ANNUAL PERCENTAGE RATE** | 2.7400% |
| Daily Periodic Rate | 0.00751% |
| Historical **ANNUAL PERCENTAGE RATE** | 2.7400% |
| Days in Cycle | 23 |
| **FINANCE CHARGE** | $172.65 |
| Other Fees and Charges for the Billing Cycle† | $0.00 |

**Payment Details**

| | |
|---|---|
| Periodic **FINANCE CHARGE** | $172.65 |
| Amount Past Due | $2,672.28 |
| **Minimum Payment Due: 11/25/2014** | **$2,844.93** |

(see next page for transaction details)

†For a detailed list of these Fees and Charges, please see the **Recent Fee Activity** section of this statement. For more information, please see the **Other Important Information** section of this statement.

**PAYMENT**
We will credit your account the same day we receive your payment if received on a banking day (not including Saturday) by 5 p.m. in the time zone where the payment is to be mailed and addressed as shown in the payment coupon. Payments made on your account by check or other non-cash method, will be included in your "Available Credit" 10 days from receipt of payment. We may assess a late fee as described in your credit agreement if we do not receive your payment within 15 days of the payment due date.

Account Number    (4)
DOREEN A STREIN
WILLIAM D STREIN JR
25 BARBARA CT

1150

Bank of America, N.A.
PO BOX 15227
WILMINGTON, DE 19886-5227

**HOME EQUITY LOAN**
Minimum Payment Due    Nov 25, 2014    $2,844.93
A late charge may be assessed 15 days from payment due date.

Additional Principal

N/A

Total Amount Enclosed

8767263844000002844930000000000

⑆586990058⑆ 8767263844⑈

As a reminder, failure to make your minimum payment by the payment due date could result in suspension or termination of your credit privileges.

1150-01-00-0011828-0001-0023848

# EXHIBIT C

Case 8-15-71844-las    Doc 10    Filed 05/12/15    Entered 05/12/15 09:47:39



# Suffolk County Clerk's Office
## JUDGMENT - RETRIEVAL REPORT

04/16/2015  1:45:04 pm



*General Info for* Doc Date: 10/16/2013  Seq # :  220  Doc Type : JUDGMENT

| INDEX # | D T PERFECTED | COURT | COUNTY | SHERIFF FEES | AMOUNT ($) | COST ($) | TOTAL ($) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 13 18004 | 10/16/2013 4:02:00 AM | SUP | SUFFOLK | 0 | 16,956.64 | 535.00 | 17491.64 | |

### Debtor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| STREIN | WILLIAM | INDIVIDUALLY AND DBA SPEC REP SALES AND SPEC REP SALES | 25 | BARBARA | COURT | | | GREENLAWN | NY | 11740 |

### Creditor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK FSB | | | 25 | C/O JOSHUA J KNURR ESQ | | 200 VESEY STREET | | NEW YORK | NY | 10285 |

### Attorney Info

| Name | Street # | Street name | Street type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| JOSHUA J KNURR ESQ | 200 | VESEY | STREET | | | NEW YORK | NY | 10285 |

(2)

Page 1 of 1

04/16/2015    1:45:23 pm

# Suffolk County Clerk's Office
## JUDGMENT - RETRIEVAL REPORT



*General Info for* Doc Date: 3/27/2014  Seq # : 341  Doc Type : JUDGMENT

| INDEX # | D T PERFECTED | COURT | COUNTY | SHERIFF FEES | AMOUNT ($) | COST ($) | TOTAL ($) | REMARKS |
|---|---|---|---|---|---|---|---|---|
| 14 00671 | 3/27/2014 2:24:00 AM | SUP | SUFFOLK | 0 | 31,008.39 | 525.00 | 31533.39 | |

### Debtor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| STREIN | WILLIAM D | | 25 | BARBARA | CT | | | GREENLAWN | NY | 11740 |

### Creditor Info

| Last Name | First Name | Type | Street # | Street name | Street Type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA N A | | | 1680 | CAPITAL ONE | DR | | | MCCLEAN | VA | 22102 |

### Attorney Info

| Name | Street # | Street name | Street type | Addr2 | Addr3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| FORSTER & GARBUS LLP | 60 | MOTOR | PKWY | | | COMMACK | NY | |