# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:                                                                      CASE NO: 8−15−71844−las

  William D. Strein
  aka William Daniel Strein

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                    CHAPTER: 7

  xxx−xx−0257

           DEBTOR(s)

---

## NOTICE OF NO FINANCIAL MANAGEMENT CERTIFICATE

Notice is hereby given that:

The above−named debtor(s) has not filed a Certificate of Completion of a course in Financial Management or Official Form 23 in accordance with Interim Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 23 is filed by August 11, 2015 , this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: July 27, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 09/26/06]