# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

IN RE:  CASE NO: 8−15−71844−las

William D. Strein
aka William Daniel Strein

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:  CHAPTER: 7

xxx−xx−0257

DEBTOR(s)

## STATEMENT OF CLERK'S COST

In response to your **request for special charges** dated **September 28, 2015**, in preparation of your final report, below please see the **Clerk's cost** for the above−captioned case:

- ☐ Notices: $
- ☐ Adversary Proceedings: $
- ☐ Reopen Fee: $
- ☐ Conversion Fee: $
- ☐ Appeals: $
- ☐ Motion to Sell Free and Clear of Liens Section 363(f): $
- ☐ Other: $
- ☑ No Fee Due

Dated: September 29, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLstmtclkcst2.jsp** [Statement of Clerk's Cost rev. 8/29/14]